Peter Strojnik, Esq. – Arizona Bar No. 006464
**STROJNIK, P.C.**
2415 East Camelback, Suite 700
Phoenix, Arizona 85016
Telephone: 602-524-6602
Facsimile: 602-296-0135
E-mail: strojnik@aol.com
*Attorney for Creditors Sabia*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In The Matter of:<br><br>DARREN L. SCOTT and KATHRYN A. SCOTT aka KATHRYN A. RUSSELL,<br><br>Debtors,<br><br>CHRIS SABIA and PAMELA SABIA, husband and wife,<br><br>Plaintiffs,<br>vs.<br><br>DARREN L. SCOTT and KATHRYN A. SCOTT aka KATHRYN A. RUSSELL,<br><br>Defendants. | In Proceedings Under Chapter 7<br><br>NO. 3:13-bk-02829-DPC<br><br>Adversary No. 3:13-ap-00499<br><br>**MOTION TO RETAIN JURISDICTION OVER ADVERSARY** |

Plaintiffs request, pursuant to the Order of the Court dated May 9, 2013, that this Court retain jurisdiction over this case for the reason that judicial economy, fairness,

convenience and comity favor retention. See *In Re Casamont Investors, LTD*, 196 B.R. 517 (9th Cir. BAP 1996)

This Motion is more fully supported by the following Memorandum of Points and authorities that is by this reference incorporated herein.

## MEMORANDUM OF POINTS AND AUTHORITIES

This action is brought as a result of the baseless lawsuit filed and prosecuted by Defendants against Plaintiffs in March of 2010 in the Maricopa County Superior Court Cause Number No. CV 2010-050329 styled *Scott v. Sabia* ("Underlying Lawsuit"). The Underlying Lawsuit caused the Sabias extreme financial hardship and caused and/or significantly contributed to Mrs. Sabia's diagnosed multiple sclerosis. The allegations against the Sabias in the Underlying Lawsuit were commenced and prosecuted without probable cause, intentionally and knowingly so, and asserted with the intent of harming Plaintiffs. Therefore, Plaintiffs brought their Complaint to determine dischargeability of and to liquidate Plaintiff's claims against Debtors for (1) abuse of process, (2) aiding and abetting, (3) civil conspiracy and (4) pattern of unlawful activity in violation of statute.

Debtors' inequitable conduct commenced in the underlying action has continued in the current bankruptcy proceeding. This Court has dismissed the bankruptcy proceeding for Debtors' failure to appear at the initial meeting of creditors. Debtors thereafter filed a notice of substitution of counsel and requested reinstatement which

remains pending. Debtors claim that their address disclosed in the bankruptcy schedules is incorrect and that they did not get notice of the 341 hearing.

Debtors have been served with the adversary complaint in the current adversary proceeding. Therefore, judicial economy, fairness, convenience and comity favor retention. *Casamont Investors, LTD,* supra.

RESPECTFULLY SUBMITTED this 30th day of May, 2013.

**STROJNIK, P.C.**

Peter Strojnik
Attorney for Plaintiffs

The foregoing electronically filed
this 30th day of May, 2013, with:

Clerk of the Court
United States Bankruptcy Court
230 N. First Avenue, Suite 101
Phoenix, Arizona 85003

And a copy mailed to:

James Schollian, Esq.
146 North Mesa Drive, Suite 102, Box 252
Mesa, Arizona 85201

/s/