# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

## Minute Entry

Daniel P. Collins, Bankruptcy Judge

_____

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | DARREN L & KATHRYN A SCOTT | | |
| **Case Number:** | 3:13-BK-02829-DPC | **Chapter:** | 7 |
| **Date / Time / Room:** | MONDAY, JUNE 24, 2013 10:00 AM   PRESCOTT | | |
| **Bankruptcy Judge:** | DANIEL P COLLINS | | |
| **Courtroom Clerk:** | RHONDA VAUGHAN | | |
| **Reporter / ECR:** | ANDAMO PURVIS | | |

## *Matter:*

**ADV: 3-13-00499**

**CHRIS  SABIA & PAMELA  SABIA vs DARREN L SCOTT & KATHRYN A SCOTT**

RULE 16 SCHEDULING CONFERENCE

**R / M #:**   1 / 0

## *Appearances:*

NO APPEARANCES

## *Proceedings:*

THE COURT NOTES THE NON-APPEARANCE OF COUNSEL FOR PLAINTIFF AND PRO SE DEFENDANTS.

IT IS ORDERED DISMISSING THE ADVERSARY PROCEEDING FOR FAILURE TO APPEAR AND PROSECUTE.

DATED AND SIGNED ABOVE.

Copy sent by BNC to:

**PETER STROJNIK**
2415 E CAMELBACK RD., STE 700
PHOENIX, AZ 85016
**DARREN L SCOTT**
225 HILLSIDE DR
MUNDS PARK, AZ 86017
**KATHRYN A SCOTT**
225 HILLSIDE DR
MUNDS PARK, AZ 86017